Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900

*Attorneys for Defendant*
*AIX Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLOBAL STERILIZATION AND FUMIGATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AIX SPECIALTY INSURANCE COMPANY, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 3:26-cv-00293-MMD-CSD<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

Plaintiff Global Sterilization and Fumigation, Inc. ("GSFI") and Defendant AIX Specialty Insurance Company ("AIX") hereby stipulate and request an order staying discovery in this matter pending resolution of the following motion: Defendant AIX Specialty Insurance Company's Motion to Dismiss [ECF No. 11].

"The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery because a potentially dispositive motion is pending." *See Buncch et al. v. Southern Nevada Regional Housing Authority*, Case No. 2:25-cv-00660-GMN-BNW, 2025 WL 2466031, *1 (D. Nev. Aug. 27, 2025) (citing *Skellerup Indus. Ltd. v. City of L.A.*, 163 F.R.D. 598, 600-01 (C.D. Cal. 1995)). However, a court may stay discovery for good cause under Federal Rule of Civil Procedure 26(c). *See id.*; *see also Schrader v Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at *3-4 (D. Nev. Oct. 14, 2021). Under the "good cause" test, this Court may grant motions to stay discovery when a dispositive motion is pending if (1) the dispositive motion can be



CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

decided without further discovery; and (2) good cause exists to stay discovery. *See id.*; *see also Langley v. Transportation Sec. Admin.*, No. 2:25-cv-00353-APG-BNW, 2025 WL 3003313, at *1 (D. Nev. Oct. 24, 2025).

Here, Defendant AIX Specialty Insurance Company's Motion to Dismiss is brought based on the "Legal Action Against Us" provision which directs that "No one may bring legal action against us under this Coverage Part unless: … 2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred." No additional discovery is necessary to resolve the Motion to Dismiss. Moving forward with discovery at this juncture would result in the potentially wasteful use of resources by both parties and the Court. *See Arias v. Life Time, Inc.*, No. 2:25-cv-00299-GMN-BNW, 2025 WL 1640796, * 2 (D. Nev. Apr. 30, 2025). In short, in line with Federal Rule of Civil Procedure 1, it is more just to delay discovery until the pending motion has been resolved to ensure the "inexpensive determination" of the case. Fed. R. Civ. P. 1.

Finally, the parties are also presently in discussions to ascertain whether this is a case which is appropriate for mediation. This is an additional consideration which warrants delay of discovery at this juncture.

DATE: August 21, 2026

CLYDE & CO US LLP

/s/ Justin S. Hepworth
Justin S. Hepworth (NV Bar No. 10080)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, Nevada 89128
Telephone: 725-248-2900
justin.hepworth@clydeco.us

Attorneys for Defendant
AIX Specialty Ins. Co.

CASTRONOVA LAW OFFICES, PC

/s/ Stephen G. Castronova
Stephen G. Castronova
605 Forest Street
Reno, NV 89509
Telephone: 775-323-2646
SGC@CastronovaLaw.com

Attorneys for Plaintiff
Global Sterilization and Fumigation

**ORDER**

Based on the stipulation of the Parties and the totality of the circumstances before the Court, good cause exists to stay discovery pending resolution of the following motion: Defendant AIX Specialty Insurance Company's Motion to Dismiss.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated August 24, 2026

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128