Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900

*Attorneys for Defendant*
*AIX Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GLOBAL STERILIZATION AND FUMIGATION, INC.,

Plaintiff,

v.

AIX SPECIALTY INSURANCE COMPANY, and DOES 1 through 25, inclusive,

Defendants.

CASE NO.: 3:26-cv-00293-MMD-CSD

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

///

///

///

///

///

///



CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: September 15, 2026

CASTRONOVA LAW OFFICES, P.C.

*/s/ Stephen G. Castronova*
Stephen G. Castronova
Nevada Bar No. 7305
605 Forest Street
Reno, Nevada 89509
Telephone: (775) 323-2646
E-mail: SGC@castronovalaw.com
*Attorneys for Plaintiff Global Sterilization and Fumigation, Inc.*

CLYDE & CO US LLP

*/s/ Justin S. Hepworth*
Justin S. Hepworth (NV Bar No. 10080)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
E-mail: justin.hepworth@clydeco.us
*Attorneys for AIX Specialty Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: September 15, 2026

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

## CERTIFICATE OF SERVICE

As an employee of Clyde & Co US LLP, I certify that a copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was served by the method indicated:

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: September 15, 2026

*/s/ Kimberley Davison*
An Employee of Clyde & Co US LLP